IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02445-PSF-PAC

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

v.

HOMAIDEN AL-TURKI, an individual; and
SARA KHONAIZEN, an individual,

    Defendants.

## ORDER GRANTING LEAVE TO DEPOSIT FUNDS IN COURT REGISTRY

This matter is before the Court on the parties' Joint Notice and Motion for Leave to Deposit Funds In the Court Pursuant to Rule 67 (Dkt. # 12).  Upon review of the motion and the file, the Court GRANTS said motion.  It is

ORDERED that defendants shall deposit $40,100 in the Registry of the Court.

DATED: February 24, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge