IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02445-PSF-PAC

ELAINE L. CHAO, Secretary of Labor,

     Plaintiff(s),

v.

HOMAIDEN AL-TURKI, an individual; and
SARA KHONAIZEN, an individual,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference [filed March 13, 2006; Doc. No. 14] is **GRANTED** as follows:

     The Scheduling Conference set for March 20, 2006 is *vacated and reset* to **April 13, 2006 at 10:00 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **April 10, 2006.**

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  March 14, 2006