IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02445-PSF-PAC

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

v.

HOMAIDAN AL-TURKI, an individual; and
SARAH KHONAIZEN, an individual,

    Defendants.

---

## ORDER TO CORRECT CAPTION

---

Plaintiff's Unopposed Motion for Leave to Correct Caption (Dkt. # 18) is GRANTED.  The Court ORDERS that the caption in this case be changed to correct the spelling of defendants' first names, as reflected above.

    DATED: April 12, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge